JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 31 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 1 05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7 05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1 05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1 05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1 05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1 05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6 05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6 05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6 05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |

# U.S. District Court
## Northern District of New York [LIVE - Version 2.4] (Utica)
### CIVIL DOCKET FOR CASE #: 6:05-cv-00489-DNH-DEP

County of Oneida v. Abbott Laboratories, Inc. et al
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge David E. Peebles
Cause: 42:1396 - Tort Negligence

Date Filed: 04/20/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Oneida**    represented by **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

Alcon Laboratories, Inc.

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Purepac Pharmaceutical Co.

**Defendant**

Amgen, Inc.

**Defendant**

Immunex Corp.

**Defendant**

Andrx Corp.

**Defendant**

Astrazeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals Inc.

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Baxter Healthcare Corporation

**Defendant**

Baxter International, Inc.

**Defendant**

Bayer Corporation

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

Bristol-Myers Squibb Company

**Defendant**

Oncology Therapeutics Network Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Boehringer Ingelheim Corp.

**Defendant**

Boehringer Ingelheim Pharmaceuticals, Inc.

**Defendant**

Roxane Laboratories, Inc.

**Defendant**

Dey, Inc.

**Defendant**

Eisai, Inc.

**Defendant**

Eli Lilly and Company

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

Ethex Corp.

**Defendant**

Forest Laboratories, Inc.

**Defendant**

Forest Pharmaceuticals, Inc.

**Defendant**

Fujisawa Healthcare, Inc.

**Defendant**

Fujisawa USA, Inc.

**Defendant**

Genentech, Inc.

**Defendant**

Genzyme Corp.

**Defendant**

Gilead Sciences, Inc.

**Defendant**

Glaxosmithkline, P.L.C.

**Defendant**

SmithKline Beecham Corporation
*doing business as*
Glaxosmithkline

**Defendant**

Hoffman-La Roche, Inc.

**Defendant**

Roche Laboratories, Inc.

**Defendant**

Ivax Corp.

**Defendant**

Ivax Pharmaceuticals, Inc.

**Defendant**

Janssen Pharmaceutica Inc.

**Defendant**

Johnson & Johnson

**Defendant**

McNeil-PPC, Inc.

**Defendant**

Ortho Biotech Products LP

**Defendant**

Ortho-McNeil Pharmaceutical, Inc.

**Defendant**

King Pharmaceuticals, Inc.

**Defendant**

Monarch Pharmaceuticals, Inc.

**Defendant**

Medimmune, Inc.

**Defendant**

Merck & Co., Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Mylan Pharmaceuticals, Inc.

**Defendant**

UDL Laboratories, Inc.

**Defendant**

Novartis Pharmaceuticals Corp.

**Defendant**

Novo Nordisk Pharmaceuticals, Inc.

**Defendant**

Sandoz, Inc.

**Defendant**

Organon Pharmaceuticals USA, Inc.

**Defendant**

Par Pharmaceutical, Inc.

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**
Greenstone, Ltd.

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corporation

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Reliant Pharmaceuticals

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**
Schering-Plough Corp.

**Defendant**
Schering Corporation

**Defendant**
Warrick Pharmaceuticals Corp.

**Defendant**
Takeda Pharmaceuticals North America, Inc.

**Defendant**
Tap Pharmaceutical Products, Inc.

**Defendant**
Teva Pharmaceutical USA, Inc.

**Defendant**
UCB Pharma, Inc.

**Defendant**
Watson Pharma, Inc.

**Defendant**
Watson Pharmaceuticals, Inc.

**Defendant**

Wyeth

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number ALB000728) filed by County of Oneida. (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) D# 4 Exhibit(s) D# 5 Exhibit(s) E)(tab). (Entered: 04/21/2005) |
| 04/20/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/18/2005 11:00 AM in Syracuse before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 8/8/2005. (tab) (Entered: 04/21/2005) |
| 04/21/2005 |  | Summons Issued as to Purepac Pharmaceutical Co., Amgen, Inc., Immunex Corp., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Dermik Laboratories, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., Ben Venue Laboratories, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., SmithKline Beecham Corporation, Hoffman-La Roche, Inc., Roche Laboratories, Inc., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Inc., Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., Medimmune, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Sandoz, Inc., Organon Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Agouron Pharmaceuticals, Inc., Greenstone, Ltd., Abbott Laboratories, Inc., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Reliant Pharmaceuticals, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Alcon Laboratories, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc.. (tab, ) (Entered: 04/21/2005) |
| 05/13/2005 | 3 | Letter from Aaron Hovan, outside counsel for County of Oneida requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/13/2005) |

| 05/19/2005 | 4 | CONDITIONAL TRANSFER ORDER to MDL. (lmp) (Entered: 05/19/2005) |
|---|---|---|
| 05/19/2005 | | NOTICE sent to counsel by CRD for Judge Peebles. Due to the letter submitted to the court on 5/13/05 from Aaron Hovan, Esq., the Rule 16 Conference scheduled before Judge Peebles on 8/18/05 at 11:00 am in Syracuse has been ADJOURNED WITHOUT DATE. This case will be tracked until September for status. (sal, ) (Entered: 05/19/2005) |

## PACER Service Center

### Transaction Receipt

#### 06/07/2005 16:00:36

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:05-cv-00489-DNH-DEP |
| Billable Pages: | 4 | Cost: | 0.32 |