OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

ALEXANDER PIRNIE FEDERAL BUILDING
10 BROAD STREET
UTICA, NEW YORK 13501
(315) 793-8151

**JOHN M. DOMURAD**
Chief Deputy

June 10, 2005

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts
**Attention: Christine Patch**
1 Courthouse Way
Boston, MA 02210

RE:   MDL DOCKET No. 1456 In Re: Pharmaceutical Industry Average Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
NDNY Case Numbers 6:05-cv-415, County of Herkimer v. Abbott Labs, Inc. et al. (District of MA No: 1:05-11190) and
6:05-cv-489, County of Oneida v. Abbott Labs, Inc. et al. (District of MA No: 1:05-11191)

Dear Ms. Patch:

Enclosed please find a copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the above cases to your court, together with a certified copy of the case docket and cover letter, as you requested. As it is understood that your court is live on CM / ECF, please be advised that the file is available in electronic format on this court's internal website (available through J-Net), by clicking on the link CM-ECF Quick Query on our homepage. If you would prefer receiving hard copies of documents in these files, or if I can assist you in any other way, please contact me at the above number.

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

*Christine Mergenthaler*

By:   Christine Mergenthaler
      Deputy Clerk

cm
cc:   Counsel of record
      file

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

**RECEIVED-UTICA**

**JUN 1 0 2005**

June 8, 2005

Mr. Larry Baerman, Clerk
Alexander Pirnie Federal Building
10 Broad Street
Utica NY, 13501

**U.S. DISTRICT COURT
LAWRENCE K. BAERMAN CLERK**

IN RE: MDL DOCKET No. 1456  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:
6:05-415 County of Herkimer v. Abbott Labs, Inc. et al    District of MA No: 1:05-11190
6:05-489 County of Oneida v. Abbott Labs, Inc. et al     District of MA No: 1:05-11191

Dear Mr. Baerman :

   Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

   In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

   Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:    Michael Beck, Clerk of the Panel
                        Counsel of Record
                        Robert Alba
                        Christine Patch

I hereby certify on _BOS_ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☒ original filed in my office on 6-13-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1456

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 10 2005
AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA

(SEE ATTACHED SCHEDULE)

*CONDITIONAL TRANSFER ORDER (CTO-21)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 31 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

SCHEDULE CTO-21 - TAG-ALONG ACTIONS
DOCKET NO. 1456
IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

NEW YORK NORTHERN
NYN 1  05-408              The County of Washington v. Abbott Laboratories, Inc., et al.
NYN 1  05-422              County of Rensselaer v. Abbott Laboratories, Inc., et al.
NYN 1  05-425              County of Albany v. Abbott Laboratories, Inc., et al.
NYN 1  05-468              County of Warren v. Abbott Laboratories, Inc., et al.
NYN 1  05-474              County of Greene v. Abbott Laboratories, Inc., et al.
NYN 1  05-478              County of Saratoga v. Abbott Laboratories, Inc., et al.
NYN 3  05-354              County of Chenango v. Abbott Laboratories, Inc., et al.
NYN 3  05-456              The County of Broome v. Abbott Laboratories, Inc., et al.
NYN 5  05-397              County of Tompkins v. Abbott Laboratories, Inc., et al.
NYN 5  05-423              County of Cayuga v. Abbott Laboratories, Inc., et al.
NYN 6  05-415              County of Herkimer, New York v. Abbott Laboratories, Inc., et al.
NYN 6  05-489              County of Oneida v. Abbott Laboratories, Inc., et al.
NYN 7  05-479              County of Saint Lawrence v. Abbott Laboratories, Inc., et al.

NEW YORK WESTERN
NYW 1  05-214              County of Chautauqua v. Abbott of Laboratories, Inc., et al.
NYW 1  05-236              County of Allegany v. Abbott Laboratories, Inc., et al.
NYW 1  05-256              County of Cattaraugus v. Abbott Laboratories, Inc., et al.
~~NYW 1  05-259~~          ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05
NYW 6  05-6138             County of Wayne v. Abbott Laboratories, et al.
NYW 6  05-6148             County of Monroe v. Abbott Laboratories, Inc., et al.
NYW 6  05-6172             County of Yates v. Abbott Laboratories, Inc., et al.



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

**RECEIVED-UTICA**

**JUN 1 0 2005**

June 8, 2005

Mr. Larry Baerman, Clerk
Alexander Pirnie Federal Building
10 Broad Street
Utica NY, 13501

**U. S. DISTRICT COURT**
**LAWRENCE K. BAERMAN CLERK**

IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:
6:05-415 County of Herkimer v. Abbott Labs, Inc. et al       District of MA No: 1:05-11190
6:05-489 County of Oneida v. Abbott Labs, Inc. et al         District of MA No: 1:05-11191

Dear Mr. Baerman :

    Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

    In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

    Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
                            Counsel of Record
                            Robert Alba
                            Christine Patch

CLOSED

# U.S. District Court
# Northern District of New York [LIVE - Version 2.4] (Utica)
# CIVIL DOCKET FOR CASE #: 6:05-cv-00489-DNH-DEP

County of Oneida v. Abbott Laboratories, Inc. et al
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge David E. Peebles
Cause: 42:1396 - Tort Negligence

Date Filed: 04/20/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Oneida**   represented by   **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540

Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**Andrx Corp.**

**Defendant**

**Astrazeneca Pharmaceuticals L.P.**

**Defendant**

**Aventis Pharmaceuticals Inc.**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Baxter Healthcare Corporation**

**Defendant**

**Baxter International, Inc.**

**Defendant**

**Bayer Corporation**

**Defendant**

**Berlex Laboratories, Inc.**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Myers Squibb Company**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Ethex Corp.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

**Gilead Sciences, Inc.**

**Defendant**

**Glaxosmithkline, P.L.C.**

**Defendant**

**SmithKline Beecham Corporation**
*doing business as*
Glaxosmithkline

**Defendant**

**Hoffman-La Roche, Inc.**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Ivax Corp.**

**Defendant**

**Ivax Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**Ortho Biotech Products LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Medimmune, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corp.**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

Par Pharmaceutical, Inc.

**Defendant**

Agouron Pharmaceuticals, Inc.

**Defendant**

Greenstone, Ltd.

**Defendant**

Pfizer, Inc.

**Defendant**

Pharmacia Corporation

**Defendant**

Purdue Pharma, L.P.

**Defendant**

Reliant Pharmaceuticals

**Defendant**

Sanofi-Synthelabo, Inc.

**Defendant**

Schering-Plough Corp.

**Defendant**

Schering Corporation

**Defendant**

Warrick Pharmaceuticals Corp.

**Defendant**

Takeda Pharmaceuticals North America, Inc.

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number ALB000728) filed by County of Oneida. (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) D# 4 Exhibit(s) D# 5 Exhibit(s) E)(tab). (Entered: 04/21/2005) |
| 04/20/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial Conference set for 8/18/2005 11:00 AM in Syracuse before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 8/8/2005. (tab) (Entered: 04/21/2005) |
| 04/21/2005 |   | Summons Issued as to Purepac Pharmaceutical Co., Amgen, Inc., Immunex Corp., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals Inc., Dermik Laboratories, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., Ben |

| | | | |
|---|---|---|---|
| | | | Venue Laboratories, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., SmithKline Beecham Corporation, Hoffman-La Roche, Inc., Roche Laboratories, Inc., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Inc., Johnson & Johnson, McNeil-PPC, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., Medimmune, Inc., Merck & Co., Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Sandoz, Inc., Organon Pharmaceuticals USA, Inc., Par Pharmaceutical, Inc., Agouron Pharmaceuticals, Inc., Greenstone, Ltd., Abbott Laboratories, Inc., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Reliant Pharmaceuticals, Sanofi-Synthelabo, Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Alcon Laboratories, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc.. (tab, ) (Entered: 04/21/2005) |
| 05/13/2005 | | 3 | Letter from Aaron Hovan, outside counsel for County of Oneida requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/13/2005) |
| 05/19/2005 | | 4 | CONDITIONAL TRANSFER ORDER to MDL. (lmp) (Entered: 05/19/2005) |
| 05/19/2005 | | | NOTICE sent to counsel by CRD for Judge Peebles. Due to the letter submitted to the court on 5/13/05 from Aaron Hovan, Esq., the Rule 16 Conference scheduled before Judge Peebles on 8/18/05 at 11:00 am in Syracuse has |

|  |  |  |
|---|---|---|
|  |  | been ADJOURNED WITHOUT DATE. This case will be tracked until September for status. (sal, ) (Entered: 05/19/2005) |
| 06/10/2005 | 5 | Certified copy of ORDER of Judicial Panel on Multi-District Litigation, TRANSFERRING CASE to District of Massachusetts (District of MA case number is 1:05-11191).(cbm, ) (Entered: 06/10/2005) |
| 06/10/2005 | 6 | Copy of clerk's transmittal letter to the District of Massachusetts. (cbm, ) (Entered: 06/10/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/14/2005 11:37:48 | | | |
| **PACER Login:** | us2510 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 6:05-cv-00489-DNH-DEP |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |